UNITED STATES of America ex rel. Henrietta VENDEMMIA, Relator-Appellant, v. Rudolph REIMER, Commissioner of Immigration and Naturalization, Port of New York, Respondent.

No. 194.

Circuit Court of Appeals, Second Circuit.

Feb. 1, 1937.

Merbaum & Schwab, of New York City, for appellant.

Lamar Hardy, U. S. Atty., of New York City (Thomas McCall, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Order affirmed.

UNITED STATES of America, on behalf of and for the Use of Nathan H. SLOAN, Plaintiff, v. REGO BUILDING CORPORATION and National Surety Corporation, Defendants-Respondents, Utica Mutual Insurance Company, Petitioning Intervener-Appellant.

No. 202.

Circuit Court of Appeals, Second Circuit.

Feb. 1, 1937.

MacIntyre, McNally & Downey, of New York City (John V. Downey and James B. M. McNally, both of New York City, of counsel), for appellant.

Max E. Greenberg, of New York City, for respondents.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.